UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| RICARDO D. ERIBAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | CIV. NO. 2:15-259 WBS AC<br><br><u>ORDER OF RECUSAL</u> |

----oo0oo----

　　　　Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson Company.

　　　　IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases

1

to compensate for such reassignment.

      IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated:  February 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2